JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DARYL T. RAGSDALE,

     Petitioner,

    vs.

DANIEL PARAMO, Warden,

     Respondent.

) Case No. CV 13-1450-R (DTB)
)
)
) **J U D G M E N T**
)
)
)
)
)
)

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 2, 2014

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1